IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOURCECORP, INCORPORATED,<br>Plaintiff,<br><br>v.<br><br>JAMES KENNETH CRONEY, JR. and<br>KIMBERLY D. CRONEY,<br>Defendants. | CIVIL ACTION<br><br>NO. 08-5958 |

**ORDER**

    **AND NOW**, this ___ of July, 2010, upon consideration of Plaintiff's Motion for Contempt and Sanctions and Motion for Reconsideration of Order Granting Stay Pending Appeal and to Dissolve Stay (Doc. 81), and Defendants' Response thereto (Doc. 83), **IT IS HEREBY ORDERED AND DECREED** that Plaintiff's Motion is **GRANTED**.

    **IT IS FURTHER ORDERED** that this Court finds Defendants in contempt of Court by reason of acts violating the Agreed Permanent Injunction entered by this Court on January 25, 2010 (Doc. 66), and that Plaintiff shall be awarded sanctions against Defendants in the amount of $158,277.50 (representing the funds improperly expended and/or transferred in violation of the Agreed Permanent Injunction in the amount of $146, 157.00, plus the reasonable and necessary attorneys' fees incurred by Plaintiff in connection with the present Motion for Reconsideration of Order Granting Stay Pending Appeal and to Dissolve Stay in the amount of $12,120.50).

    **IT IS FURTHER ORDERED** that the Court hereby dissolves the stay of execution on the Final Judgment in this matter.

                                                        **BY THE COURT:**

                                                        **/s/ Petrese B. Tucker**
                                                        _____
                                                       **Hon. Petrese B. Tucker, U.S.D.J.**